**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

07cv6378
JUDGE ANDERSEN
MAG. JUDGE COLE

| | |
|---|---|
| **Plaintiff(s):** RICHARD GACHO, SR. | **Defendant(s):** SUPT. ANDREWS, et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** Richard Gacho, Sr. #2005-0056206 Cook County Jail P.O. Box 089002 Chicago, IL 60608 | **Defendant's Attorney:** |

**FILED**

JN   NOV X 9 2007
nov x9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**  ☐ Yes  ☑ No

**Signature:** A. E. Woodham    **Date:** 11/09/2007