F I L E D
NOV 09 2007
NOV 0 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) Richard J. Gacho Sr. #2005-0086206

V.

Defendant(s) Supt Andrews, Lt. Tucker, C/o Collazo, C/o Pierce, John Doe et al.

Case: 07cv6378
JUDGE ANDERSEN
MAG. JUDGE COLE

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Richard J. Gacho Sr. #2005-0086206, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have attempted to contact by U.S. Mail the following attorneys. Enclosed is a copy of letter mailed out.

   Bernard Goldstein / 1 North LaSalle St. / Chgo, IL 60602
   Ellen Layton / 1 North Wacker / Chgo, IL 60606
   Richard Rosenblum / 120 W. Madison / Chgo, IL 60602
   Joan Stahl / 175 W. Jackson / Chgo, IL 60604
   Goldstein & Fluxgold / 33 N. Dearborn / Chgo, IL 60602

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature #2005-0086206

Date 10-13-07

Street Address P.O. Box 089002

City, State, ZIP Chicago, IL 60608

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

From: Richard Gacho
#2005-0056206
P.O. Box 089002
Chicago, Il. 60608

To: Bernard Goldstein
1 North Lasalle St.
Chicago, Il. 60602

Counselor,

    I am seeking representation (Pro Bono) for a civil claim against administration & officers at Cook County Jail.

    I am current housed in division 10 of Cook County Jail. I have exhausted all grievance processes and the actions I seek still have not been met.

    The administration here in division 10 of Cook County Jail is not providing me with proper medical care, and refuses to honor doctor orders for the treatment of my injuries. I am experiencing great pain & suffering and I'm in need of legal representation.

    If you are not interested, or excepting Pro Bono at this time would you please contact me, and possibly refer me to another attorney who might be interested in representing my claim.

Thank You!
R. Gacho

From: Richard Gacho
#2005-0056608
P.O. Box 089002
Chicago, Il. 60608

TO: Ellen Layton
1 North Wacker
Chicago, Il. 60606

Counselor,

  I am seeking representation (Pro Bono) for a civil claim against administration & officers at Cook County Jail.
  I am currently housed in division 10 of Cook County Jail. I have exhausted all grievance processes and the actions I seek still have not been met.
  The administration here in division 10 of Cook County Jail is not providing me with proper medical care, and refuses to honor doctor orders for the treatment of my injuries. I am experiencing great pain & suffering and am in need of legal representation.
  If you are not interested, or excepting Pro Bono at this time would you please contact me, and possibly refer me to another attorney who might be interested in representing my claim.

Thank You!
R. Gacho

From: Richard Cocho  
#2005-0056208  
P.O. Box 089002  
Chicago, Il. 60608

To: Richard Rosenblum  
120. W. Madison  
Chicago, Il. 60602

Counselor,

    I am seeking representation (Pro Bono) for a civil claim against administration & officers at Cook County Jail.

    I am currently housed in division 10 of Cook County Jail. I have exhausted all grievance processes and the actions I seek still have not been met.

    The administration here in division 10 of Cook County Jail is not providing me with proper medical care, and refuses to honor doctors orders for the treatment of my injuries. I am experiencing great pain & suffering and I'm in need of legal representation.

    If you are not interested, or excepting Pro Bono at this time would you please contact me and possibly refer me to another attorney who might be interested in representing my claim.

                                  Thank You!  
                                    R. Cocho

From: Richard Cacho
#2005-0056208
P.O. Box 089002
Chicago, Il. 60608

To: Joan Stohl
175. W. Jackson
Chicago, Il. 60604

Counselor,

I am seeking representation (Pro Bono) for a civil claim against administration & officers at Cook County Jail.

I am currently housed in division 10 of Cook County Jail. I have exhausted all grievance processes and the actions I seek still have not been met.

The administration here in division 10 of Cook County Jail is not providing me with proper medical care, and refuses to honor doctors orders for the treatment of my injuries. I am experiencing great pain & suffering and am in need of legal representation.

If you are not interested or excepting Pro Bono at this time would you please contact me, and possibly refer me to another attorney who might be interested in representing my claim.

Thank You!
R. Cacho

From: Richard Gocho
#2005-0056606
P.O. Box 089002
Chicago, Il. 60608

TO: Goldstein & Fluxgold
33. N. Dearborn
Chicago, Il. 60602

Counselor,

    I am seeking representation (Pro Bono) for a civil claim against administration & officers at Cook County Jail.

    I am currently housed in division 10 of Cook County Jail. I have exhausted all grievance processes and the actions I seek still have not been met.

    The administration here in division 10 of Cook County Jail is not providing me with proper medical care and refuses to honor doctor orders for the treatment of my injuries. I am experiencing great pain & suffering, and I'm in need of legal representation.

    If you are not interested, or excepting Pro Bono at this time would you please contact me, and possibly refer me to another attorney who might be interested in representing my claim.

Thank You!
R. Gocho