# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Gacho v. Andrews et al. | Case Number:<br>07 C 6378 |

Judge:  Andersen

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Superintendent Dennis Andrews, Lieutenant Earl Tucker, Officer Roderick Pierce and Officer Richard Callazo

SIGNATURE  /s/ Sarah M. Burke, ARDC # 6277202

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| # 6277202 | (312) 603-4320 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　　　　YES ☒　　　NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　YES ☐　　　NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　　　YES ☐　　NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　　　YES ☒　NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐