UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD J. GACHO, Sr., ) | |
| ) | |
| Plaintiff, ) | 07 C 6378 |
| ) | |
| v. ) | Honorable Judge |
| ) | Wayne Andersen |
| SUPT. ANDREWS, LT. TUCKER, ) | |
| C/O COLLAZO, C/O PIERCE, JOHN DOE ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Ricard Gacho
      #2005-0056206
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on January 10, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Wayne R. Andersen in the courtroom usually occupied by him in Room 1403 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants' Motion to Enlarge the Time Period in which to Move, Answer or Otherwise Plead*.

                                        Respectfully Submitted,
                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                                By:     /s/Sarah M. Burke _____
                                        Sarah M. Burke
                                        500 Richard J. Daley Center
                                        Chicago, Illinois 60602
                                        (312) 603-4320

## CERTIFICATE OF SERVICE

    I, Sarah M. Burke Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on January 2, 2007, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                        /s/ Sarah M. Burke _____
                                        Sarah M. Burke

Case 1:07-cv-06378     Document 14     Filed 01/02/2008     Page 2 of 2