## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RICHARD J. GACHO, Sr., )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>SUPT. ANDREWS, LT. TUCKER, )<br>C/O COLLAZO, C/O PIERCE, JOHN DOE )<br>  )<br>  Defendants. ) | 07 C 6378<br><br>Honorable Judge<br>Wayne Andersen |

### NOTICE OF ELECTRONIC FILING

To:   GACHO, RICHARD
       #2005-0056206
       P.O. Box 089002
       Chicago, Illinois 60608


       PLEASE TAKE NOTICE that on this 4st Day of February 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, a copy of which is attached hereto and served upon you herewith.

                                Respectfully submitted,
                                RICHARD A. DEVINE
                                State's Attorney of Cook County

       By:   */s/Sarah M. Burke*
             Sarah M. Burke
             Assistant State's Attorney
             500 Richard J. Daley Center
             Chicago, IL 60602

### CERTIFICATE OF SERVICE

       I, Sarah M. Burke, Assistant State's Attorney, hereby certify that I mailed copies of the aforementioned to the above person by placing them in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois, 60602, postage prepaid on February 4, 2008

                                */s/Sarah M. Burke*
                                Sarah M. Burke
                                Assistant State's Attorney